

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00328-CV

| | | |
|---|---|---|
| Theodore Vakrinos, as an Individual and as Trustee of the Duvar Family Trust | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2012-005737-1) |
| v. | | |
| The Law Offices Of Kenneth D. Hartless and Brian Hargrove d/b/a Hartless & Hargrove, PLLC; Kenneth D. Hartless, as Individual and as Guarantor | § | August 31, 2015 |
| | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Theodore Vakrinos, as an Individual and as Trustee of the Duvar Family Trust, shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
        Justice Lee Ann Dauphinot